UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CASSANDRA KEARNEY | ) | CASE NO. 1:17-cv-01537 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| ) | | |
| vs. | ) | **STIPULATED DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| STONEMOR PARTNERS L.P. | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Cassandra Kearney and Defendant Stonemor Partners L.P. hereby stipulate under Fed. Civil Rule 41(a)(1)(A)(ii) to the dismissal of the above-captioned matter with prejudice, with each party to bear its own costs and with the Court to retain jurisdiction of the enforcement of the settlement.

IT IS SO ORDERED.

/s/ Solomon Oliver, Jr. 12/10/2018
United States District Judge

Respectfully submitted,

s/David J. Steiner
David J. Steiner (0075217)
Anthony J. Lazzaro (0077962)
The Lazzaro Law Firm, LLC
920 Rockefeller Building
614 W. Superior Avenue
Cleveland, Ohio 44113
Phone: 216-696-5000
Facsimile: 216-696-7005
david@lazarrolawfirm.com
anthony@lazzarolawfirm.com

*Attorneys for Plaintiff*

s/Caroline Austin
Caroline M. Austin (PA Bar No. 75226)*
Natalie F. Hrubos (PA Bar No. 307255)*
Duane Morris LLP
30 South 17th Street
Philadelphia, Pennsylvania 19103
Phone: (215) 979-1887/1962
caustin@duanemorris.com
nfhrubos@duanemorris.com

***Admitted pro hac vice**

Ronald D. Holman, II (0036776)
William A. Doyle (0090987)
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114
Phone: (216) 241-2838
rholman@taftlaw.com
wdoyle@taftlaw.com

*Attorneys for Defendant*